# Exhibit 4

Hemplight Spooly Claim Chart;:



| Claim Language | Accused Device: |
|---|---|
| | Hemplight – Spooly Hemp Wick Lighter |
| (a) **Claim 1:** An apparatus comprising: a reel of wick; | Hemp wick wrapped around a reel. |
| (b) a main body having a hole sized to retain a lighter, | Main body with hole for lighter |
| The main body comprising (i) a lower recess housing the reel of wick; | Recess, with removable cap, for housing the reel of wick at the lower base of the main body. |



| | | |
|---|---|---|
| (ii) a chute adjacent a top of the hole; and | | Chute adjacent the lighter hole. |
| (iii) a slot disposed adjacent the chute, wherein the slot provides access to wick disposed in the chute Such that the wick is advanced and retracted within the chute by direct contact with a user's finger. | | A slot adjacent the chute which provides access to the wick.<br><br>From Hemplight advertisment: "Hemp control: Control your hemp wick up and down with your thumb." |